```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
WORLD BEST LLC, a division of DECENT  :
FARM LIMITED,                         :   09 CIV. 6165 (DLC)
                    Plaintiff,        :
                                      :          ORDER
         -v-                          :
                                      :
INDIA BUSINESS CENTER INC. and SHAILESH:
A. PATEL,                             :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10-6-09

DENISE COTE, District Judge:

The initial pretrial conference was scheduled for October 2, 2009. No one appeared for the plaintiff or for the defendants. Accordingly, it is hereby

ORDERED that the conference is rescheduled for **9 a.m.** on **November 20, 2009** at the United States Court House, 500 Pearl Street, New York, New York in Courtroom 11B.

Requests for adjournment may be made only in writing received not later than two business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

Plaintiff's counsel is directed to notify all parties or their counsel of the scheduled conference by serving upon each of them a copy of this Order

IT IS FURTHER ORDERED that the plaintiff's failure to appear at the November 20 conference will result in dismissal of this action for failure to prosecute.


Dated:   New York, New York
         October 6, 2009

                                   _____
                                            DENISE COTE
                                   United States District Judge

COPIES SENT TO:

Andrew N. Squire, Esq.  
379 Decatur Street  
Brooklyn, NY 11233

Shailesh A. Patel  
18633 Pioneer Blvd.  
Artesia, CA 90701